UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD JOHN MISTURAK, JR.,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | No. 19-cv-1042 |
| : | |
| **TEMPLE HOSPITAL,** *et al.*, : | |
|     **Defendants.** : | |

## O R D E R

AND NOW, this 15th day of March, 2019, upon consideration of *pro se* Plaintiff Ronald John Misturak, Jr.'s Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and for failure to comply with Rule 8 of the Federal Rules of Civil Procedure, for the reasons set forth in the Court's Memorandum.

4. Misturak is given leave to file an amended complaint within thirty (30) days of the date of this Order if he can state a plausible claim for relief against a proper defendant. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Misturak's claims against each defendant. Misturak should do his best to write clearly and legibly, and describe the events giving rise to his claims in complete sentences. If Misturak files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Misturak a copy of this Court's form complaint to be used by a *pro se* individual filing a civil action. Misturak may use this form to prepare his amended complaint.

6. If Misturak fails to file an amended complaint, his case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**